IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL BANE, | : |
| | :    CIVIL ACTION |
|     Plaintiff, | : |
| | :    NO. 09-2798 |
| v. | : |
| | : |
| CITY OF PHILADELPHIA, et al., | : |
| | : |
|     Defendants. | : |

## ORDER

**AND NOW**, this 25th day of August 2010, upon consideration of Plaintiff Michael Bane's Motion for Entry of Judgment (Doc. No. 61), Defendants City of Philadelphia, Police Commissioner Charles H. Ramsey, Chief Inspector Anthony Dilacqua, Lieutenant Lisa King, Officer David Pinkerton, Officer Richard Brehant, Sergeant Benjamin Frazier, Detective Robert Zielinski, Captain David Harte, Inspector Jeanette Lake Dooley and Officer Daniel Gorman's Response in Opposition to the Motion for Entry of Judgment (Doc. No. 63), and Plaintiff's Reply in Support of the Motion (Doc. No. 64), and for the reasons set forth in the Court's Memorandum Opinion dated August 25, 2010, it is **ORDERED** as follows:

1. Plaintiff Michael Bane's Motion for Entry of Judgment (Doc. No. 61) is **DENIED**.

2. The Clerk of Court shall remove this matter from the civil suspense docket and place it on the trial docket.

3. The Court will schedule a pre-trial conference pursuant to Federal Rule of Civil Procedure 16 with Plaintiff and City Defendants as to the remaining counts.

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.